UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for MIDFIRST BANK

Case No: 24-20167 CMG

Chapter: 13

Judge: Christine M. Gravelle

In Re:
Joseph V. Kozak
Kimberly A. Golden-Kozak

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MIDFIRST BANK. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 10/25/2024

/s/ *Denise Carlon*
Denise Carlon
25 Oct 2024, 16:34:24, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

new 8/1/15