Certificate Number: 05781-NJ-DE-039005599

Bankruptcy Case Number: 24-20167



05781-NJ-DE-039005599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2024, at 2:20 o'clock PM PDT, Kimberly Golden-Kozak completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 27, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President