Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−20167−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph V. Kozak
21 Manhattan Drive
Unit 71
Brick, NJ 08723

Kimberly A. Golden−Kozak
21 Manhattan Drive
Unit 71
Brick, NJ 08723

Social Security No.:
xxx−xx−3333

xxx−xx−7647

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        12/18/24
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 5, 2024
JAN: gan

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph V. Kozak  
Kimberly A. Golden-Kozak  
    Debtors

Case No. 24-20167-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 05, 2024      Form ID: 132      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph V. Kozak, Kimberly A. Golden-Kozak, 21 Manhattan Drive, Unit 71, Brick, NJ 08723-1806 |
| 520447960 | + | Drum Point Village West, Association, P.O. Box 4646, Longview, TX 75606-4646 |
| 520447947 | | New Jersey Natural Gas, 1415 Wyckoff Rd, Wall, NJ 07719 |
| 520422799 | + | Ocean County Sheriff's Office, 120 Hooper Avenue, Toms River, NJ 08753-7606 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520422787 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 05 2024 20:39:32 | Bestegg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 520436534 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 05 2024 20:36:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 520437945 | | Email/Text: BKPT@cfna.com | Nov 05 2024 20:36:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520422788 | + | Email/Text: BKPT@cfna.com | Nov 05 2024 20:36:00 | Crdt First, Pob 81315, Cleveland, OH 44181-0315 |
| 520422789 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 05 2024 20:36:00 | Creditacpt, Po Box 5070, Southfield, MI 48086-5070 |
| 520422790 | + | Email/Text: mrdiscen@discover.com | Nov 05 2024 20:36:00 | Discoverbank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520422791 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 05 2024 20:50:13 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520422792 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2024 20:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520447945 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 05 2024 20:37:00 | Jersey Central Power & Light, P.O. Box 16001, Reading, PA 19612-6001 |
| 520422793 | ^ | MEBN | Nov 05 2024 20:32:31 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520422794 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2024 20:39:26 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520444315 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2024 20:39:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 24-20167-CMG    Doc 15    Filed 11/07/24    Entered 11/08/24 00:13:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: 132 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 520422795 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2024 20:38:54 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520422796 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 05 2024 20:37:00 | Midland Cred, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520422797 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 05 2024 20:39:26 | Midland Mtg, Pob 268959, Oklahoma City, OK 73126-8959 |
| 520447946 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2024 20:37:00 | Modell SMVP, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520447948 | + | Email/Text: OMCbankruptcy@hackensackmeridian.org | Nov 06 2024 11:30:00 | Ocean Medical Center, 425 Jack Martin Blvd., Brick, NJ 08724-7732 |
| 520422800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2024 20:50:09 | Portfolio Rc, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520447952 | | Email/Text: signed.order@pfwattorneys.com | Nov 05 2024 20:36:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520447950 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 05 2024 20:39:53 | Premier Bank, 601 Minnesota Avenue, Sioux Falls, SD 57104 |
| 520422798 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 05 2024 20:36:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520422801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 05 2024 20:39:35 | Syncb/hsn, Po Box 71740, Philadelphia, PA 19176-1740 |
| 520444214 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 05 2024 20:39:20 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520447951 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2024 20:37:00 | Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 520422802 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 05 2024 20:37:00 | Westlake Fin, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 05, 2024 | Form ID: 132 | Total Noticed: 31 |

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Joseph V. Kozak bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Joint Debtor Kimberly A. Golden-Kozak bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5