| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-20167 / CMG**

Joseph V. Kozak
Kimberly A. Golden-Kozak

Petition Filed Date: 10/14/2024
341 Hearing Date: 11/14/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/09/2024 | $885.00 | | | | | | | |

**Total Receipts for the Period: $885.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,770.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph V. Kozak | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORPORATION<br>»»  2013 DODGE AVENGER | Debt Secured by Vehicle | $806.59 | $0.00 | $0.00 |
| 2 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $806.08 | $0.00 | $0.00 |
| 0 | George E. Veitengruber, III, Esq. | Attorney Fees<br>Hold Funds: Reserve | $4,750.00 | $0.00 | $4,750.00 |
| 3 | U.S. DEPARTMENT OF HUD<br>»»  P/21 MANHATTAN DRIVE, UNIT 71/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $1,870.33 | $0.00 | $0.00 |
| 5 | Resurgent Capital Services | Unsecured Creditors | $1,649.78 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK<br>»»  P/21 MANHATTAN DR, UNIT 71/1ST MTG/ORDI 12/16/24 | Mortgage Arrears | $43,669.33 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE<br>»»  2021-2022 EST TAXES | Priority Creditors<br>Hold Funds: Estimated | $42,218.77 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE<br>»»  2015-2017, 2020 EST TAXES 2019 | Unsecured Creditors<br>Hold Funds: Estimated | $61,640.71 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FIRST ELECTRONIC BANK | Unsecured Creditors | $1,917.63 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE, NA | Unsecured Creditors | $3,644.85 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CREDIT ONE BANK, NA | Unsecured Creditors | $1,696.97 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ULTA | Unsecured Creditors | $376.72 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  VICTORIA'S SECRET | Unsecured Creditors | $487.60 | $0.00 | $0.00 |

Chapter 13 Case No. 24-20167 / CMG

| 14 | MIDLAND CREDIT MANAGEMENT, INC »» CAPITAL ONE BANK | Unsecured Creditors | $1,285.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY BANK | Unsecured Creditors | $2,184.31 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC »» PREMIER BANKCARD MC | Unsecured Creditors | $584.03 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT, INC »» COMENITY CAPITAL BANK/YOUR TUITION SOLUTION | Unsecured Creditors | $1,216.49 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,740.64 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC »» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $600.36 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC »» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $439.34 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC »» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $242.73 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $415.83 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $373.06 | $0.00 | $0.00 |
| 24 | LVNV FUNDING LLC »» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $142.37 | $0.00 | $0.00 |
| 25 | LVNV FUNDING LLC »» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $96.23 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,770.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $885.00 |
| Paid to Trustee: | $150.44 | Arrearages: | $885.00 |
| Funds on Hand: | $1,619.56 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

