B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  JOSEPH V KOZAK and KIMBERLY A GOLDEN-KOZAK  ,          Case No.  3-24-BK-20167

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Receivables LLC | RESURGENT CAPITAL SERVICES AS SERVICING AGENT FOR |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Resurgent Receivables LLC
PO Box 10587
Greenville SC 29603

Court Claim # (if known): _____5_____
Amount of Claim: _____1,649.78_____
Date Claim Filed: _____12/31/2024_____

Phone: __(877) 264-5884_____
Last Four Digits of Acct #: _____4415_____

Phone: __(877) 264-5884_____
Last Four Digits of Acct. #: _____4415_____

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603
Phone: __(877) 264-5884_____
Last Four Digits of Acct #:_____4415_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway_____          Date:_1/23/2025_____
Transferee/Transferee's Agent
(877) 264-5884

AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.