UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**UNITED STATES ATTORNEY'S OFFICE**
VIKAS KHANNA
Acting United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874
Fax: (973) 297-2010

*Attorneys for the United States of America*

| | |
|---|---|
| *In re*<br><br>JOSEPH V. KOZAK &<br>KIMBERLY A. GOLDEN-KOZAK,<br><br>Debtors. | Chapter 13<br><br>Case No. 24-20167-CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Hearing Date: Feb. 26, 2025<br>Hearing Time: 10:00 a.m. |

## CERTIFICATE OF SERVICE

1. I, Mark R. Wojcik:

   The Paralegal Specialist for the United States Attorney for the District of New Jersey, who represents the United States of America in this matter.

2. On February 5, 2025, I sent a copy of the following pleading to the parties listed on the chart below:

   **Objection of Internal Revenue Service to Confirmation of Debtors' Chapter 13 Plan [Docket No. 26].**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/7/2025

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George E Veitengruber, III, Esq.<br>VEITENGRUBER LAW LLC<br>1720 Highway 34, Suite 10<br>Wall, NJ 07727<br><br>bankruptcy@veitengruberlaw.com<br>knapolitano15@gmail.com | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br><br>**X Notice of Electronic Filing (NEF)**<br><br>☐ Other _____<br>(as authorized by the court * |
| Albert Russo<br>STANDING CHP. 13 TRUSTEE<br>CN 4853<br>Trenton, NJ 08650-4853<br><br>docs@russotrustee.com | Chp. 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br><br>**X Notice of Electronic Filing (NEF)**<br><br>☐ Other _____<br>(as authorized by the court * |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.