| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Joseph V. Kozack & Kimberly A. Golden-Kozak,<br><br>Debtors. | Case No.:  24-20167-CMG<br><br>Chapter:  13<br><br>Hearing Date:  03/19/2025<br><br>Judge:  Gravelle |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay re:  21 Manhattan Drive, #71 (Docket # 22)

Date: 03/14/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*