Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−20167−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph V. Kozak
21 Manhattan Drive
Unit 71
Brick, NJ 08723

Kimberly A. Golden−Kozak
21 Manhattan Drive
Unit 71
Brick, NJ 08723

Social Security No.:
   xxx−xx−3333

   xxx−xx−7647

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 12, 2025.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 12, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20167-CMG |
| Joseph V. Kozak | Chapter 13 |
| Kimberly A. Golden-Kozak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 148 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph V. Kozak, Kimberly A. Golden-Kozak, 21 Manhattan Drive, Unit 71, Brick, NJ 08723-1806 |
| 520447960 | + | Drum Point Village West, Association, P.O. Box 4646, Longview, TX 75606-4646 |
| 520447947 | | New Jersey Natural Gas, 1415 Wyckoff Rd, Wall, NJ 07719 |
| 520422799 | + | Ocean County Sheriff's Office, 120 Hooper Avenue, Toms River, NJ 08753-7606 |
| 520447948 | + | Ocean Medical Center, 425 Jack Martin Blvd., Brick, NJ 08724-7732 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 12 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Jun 13 2025 00:31:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 520422787 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 12 2025 21:04:44 | Bestegg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 520436534 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 12 2025 20:50:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 520437945 | | EDI: CRFRSTNA.COM | Jun 13 2025 00:31:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520422788 | + | EDI: CRFRSTNA.COM | Jun 13 2025 00:31:00 | Crdt First, Pob 81315, Cleveland, OH 44181-0315 |
| 520422789 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 12 2025 20:50:00 | Creditacpt, Po Box 5070, Southfield, MI 48086-5070 |
| 520422790 | + | EDI: DISCOVER | Jun 13 2025 00:31:00 | Discoverbank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520422791 | + | EDI: AMINFOFP.COM | Jun 13 2025 00:31:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520483950 | | EDI: JEFFERSONCAP.COM | Jun 13 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520447945 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 12 2025 20:51:00 | Jersey Central Power & Light, P.O. Box 16001, Reading, PA 19612-6001 |
| 520422793 | ^ | MEBN | Jun 12 2025 20:37:48 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520486447 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 148 | Total Noticed: 44 |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Jun 12 2025 21:05:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520422794 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 21:04:35 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520444315 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2025 21:15:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520452157 | + | EDI: AISMIDFIRST | Jun 13 2025 00:31:00 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520422795 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2025 21:15:41 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520422796 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2025 20:51:00 | Midland Cred, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520479900 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2025 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520422797 | + | EDI: AISMIDFIRST | Jun 13 2025 00:31:00 | Midland Mtg, Pob 268959, Oklahoma City, OK 73126-8959 |
| 520447946 | + | EDI: WFNNB.COM | Jun 13 2025 00:31:00 | Modell SMVP, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520616247 | + | Email/Text: BankruptcyNotices@njresources.com | Jun 12 2025 20:51:00 | New Jersey Natural Gas Company, 1415 Wyckoff Road, Wall, NJ 07727-3940 |
| 520474537 | | EDI: PRA.COM | Jun 13 2025 00:31:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520422800 | | EDI: PRA.COM | Jun 13 2025 00:31:00 | Portfolio Rc, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520480937 | | EDI: PRA.COM | Jun 13 2025 00:31:00 | Portfolio Recovery Associates, LLC, c/o ULTA, POB 41067, Norfolk, VA 23541 |
| 520481028 | | EDI: PRA.COM | Jun 13 2025 00:31:00 | Portfolio Recovery Associates, LLC, c/o VICTORIAS SECRET, POB 41067, Norfolk, VA 23541 |
| 520447952 | | Email/Text: signed.order@pfwattorneys.com | Jun 12 2025 20:50:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520447950 | | EDI: AMINFOFP.COM | Jun 13 2025 00:31:00 | Premier Bank, 601 Minnesota Avenue, Sioux Falls, SD 57104 |
| 520473019 | | EDI: Q3G.COM | Jun 13 2025 00:31:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520449797 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 21:04:28 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520531667 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 21:04:47 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520531666 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 21:05:16 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520422798 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 12 2025 20:50:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520543414 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 12 2025 20:50:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520422801 | + | EDI: SYNC | Jun 13 2025 00:31:00 | Syncb/hsn, Po Box 71740, Philadelphia, PA 19176-1740 |
| 520444214 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 12 2025 21:05:00 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New |

Case 24-20167-CMG    Doc 41    Filed 06/14/25    Entered 06/15/25 00:12:09    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 148 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | York, NY 10278 |
| 520447951 | + | EDI: WFNNB.COM | Jun 13 2025 00:31:00 | Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 520422802 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 12 2025 20:51:00 | Westlake Fin, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520422792 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| George E Veitengruber, III | on behalf of Debtor Joseph V. Kozak bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Joint Debtor Kimberly A. Golden-Kozak bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7