Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  24−20167−CMG
          Chapter:  13
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph V. Kozak | Kimberly A. Golden−Kozak |
| 21 Manhattan Drive | 21 Manhattan Drive |
| Unit 71 | Unit 71 |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−3333                                      xxx−xx−7647

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 29, 2025</u>                    <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court